PEOPLE V ROGERS. Appeal from Monroe, William J. Weipert, J. Submitted Division 2 April 4, 1972, at Lansing. (Docket Nos. 12383, 12384.) Decided May 5, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James J. Rostash,* Prosecuting Attorney, and *Jan K. Teague,* Assistant Prosecuting Attorney, for the people.

*Joseph D. Zeleznik,* for defendants on appeal.

Before: QUINN, P. J., and V. J. BRENNAN and TARGONSKI, JJ.

MEMORANDUM OPINION. The defendants were convicted of larceny from a building, MCLA 750.360; MSA 28.592. Their joint trial was before the trial judge, both defendants having waived a jury trial.

A review of the record and briefs discloses no prejudicial error denying defendants any substantial right.

Affirmed.